**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6052**

JOSE MARIN,

                    Petitioner – Appellant,

            v.

JOHN R. OWEN, Warden,

                    Respondent – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.    Terry L. Wooten, District Judge.
(4:08-cv-01644-TLW)

Submitted:  July 7, 2009              Decided:  July 21, 2009

Before TRAXLER, Chief Judge,  and NIEMEYER and DUNCAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Jose Marin, Appellant Pro Se.   Barbara Murcier Bowens, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Marin, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marin v. Owen, No. 4:08-cv-01644-TLW (D.S.C. Dec. 12, 2008). Although we grant Marin's motion to amend his informal brief, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED